**Berneda Coleen LAWSON, Appellant,**

v.

**Charles E. LAWSON, Respondent.**

**No. WD 32668.**

Missouri Court of Appeals,
Western District.

Nov. 23, 1982.

Don Witt, Platte City, for appellant.

Scott Ross, Maryville, for respondent.

Before SOMERVILLE, C.J., presiding, and CLARK and TURNAGE, JJ.

PER CURIAM:

ORDER

Appeal from dissolution of marriage decree.

Judgment affirmed. Rule 84.16(b).

■

**Betty Jean GRIFFEY,**
**Petitioner-Respondent,**

v.

**Charles C. GRIFFEY,**
**Respondent-Appellant.**

**No. WD 32725.**

Missouri Court of Appeals,
Western District.

Nov. 23, 1982.

Robert C. Jones, Kansas City, for respondent-appellant.

David H. Johnson, Riverside, for petitioner-respondent.

Before MANFORD, P.J., and WASSERSTROM and KENNEDY, JJ.

ORDER

PER CURIAM:

Appeal from dissolution decree.

Affirmed. Rule 84.16(b).